■ Jeannette Rosado, Respondent, v Eric Rosado, Appellant. [657 NYS2d 908] —Appeal by the defendant from an order of the Supreme Court, Queens County (Giaccio, J.), dated September 12, 1995.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Giaccio at the Supreme

Court. Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.